**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00473-CR**

_____

**IN RE KEATON D. KIRKWOOD**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

In a petition for writ of mandamus, Keaton D. Kirkwood seeks to compel the trial court to permit his withdrawal as counsel for a defendant in a criminal case. To obtain mandamus relief in a criminal case, the relator must establish that he has no other adequate legal remedy and that he has a clear and indisputable right to the relief sought. *State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927–28 (Tex. Crim. App. 2001). After reviewing the mandamus petition and record, we conclude the trial court did not abuse its discretion. *See Brewer v. State*, 649 S.W.2d 628, 631 (Tex. Crim. App. 1983); *Johnson v. State*, 352 S.W.3d 224,

1

228 (Tex. App.—Houston [14th Dist.] 2011, pet. ref'd). We deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Opinion Delivered November 13, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.